■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE JACKSON, Appellant. [685 NYS2d 568] —Judgment of

resentence, Supreme Court, New York County (George Daniels, J.), rendered on or about May 1, 1997, unanimously affirmed. Motion seeking leave to file a *pro se* supplemental brief and other related relief denied. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin and Andrias, JJ.